UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-231-MOC-DCK

| | |
|---|---|
| DAISHAWN LAVON MILLER, )<br>)<br>Plaintiff, pro se, )<br>)<br>vs. )<br>)<br>TATA CONSULTANCY )<br>SERVICES, et al., )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** is before the Court on its own motion following Plaintiff's failure to pay the filing fee or submit an in forma pauperis application within the deadline set by this Court's Order dated May 19, 2023. (Doc. No. 4). Plaintiff has failed to file anything since the Court entered its Order.

**The Court hereby orders Plaintiff to either pay the $402 filing fee or submit a revised and fully completed IFP application within 30 days of entry of this Order. If Plaintiff fails to take either action, this action will be dismissed without prejudice and without further notice to Plaintiff**.

**IT IS SO ORDERED.**

Signed: September 26, 2023

Max O. Cogburn Jr.
United States District Judge