**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:23-cv-231-MOC-DCK**

| | | |
|---|---|---|
| **DAISHAWN LAVON MILLER,** | ) | |
| | ) | |
| **Plaintiff, pro se,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **TATA CONSULTANCY** | ) | |
| **SERVICES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion following Plaintiff's failure to pay the filing fee or submit an in forma pauperis application within the deadline set by this Court's Order dated May 19, 2023, and following Plaintiff's failure to comply with the Court's show cause Order entered on September 27, 2023, in which the Court stated:

> **The Court hereby orders Plaintiff to either pay the $402 filing fee or submit a**
> **revised and fully completed IFP application within 30 days of entry of this**
> **Order. If Plaintiff fails to take either action, this action will be dismissed**
> **without prejudice and without further notice to Plaintiff.**.

See (Doc. Nos. 4, 6).

More than thirty days has passed since the Court entered its Order dated September 27, 2023, and Plaintiff has still not paid the filing fee, nor has he submitted an in forma pauperis application. Therefore, this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Signed: January 17, 2024

Max O. Cogburn Jr.
United States District Judge