# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Daishawn Lavon Miller**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00231-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Tata Consultancy Services | ) | |
| Rachel Brokaw | ) | |
| Kelly Murphy | ) | |
| Stephanie Blackwell**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 18, 2024 Order.

January 18, 2024

_____

Katherine Hord Simon, Clerk
United States District Court